IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OSVALDO ROJAS, § <br> Plaintiff, § <br> v. § <br> § <br> PEGASUS FOODS INC— § <br> ASTROCHEF INC, § <br> Defendant. § | Civil Action No. 3:22-CV-01276-N-BH |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant's Motion for a More Definite Statement; and, Subject Thereto, Motion to Dismiss for Failure to State a Claim, with Brief in Support*, filed September 16, 2022. (doc. 13), is **GRANTED IN PART**. By separate judgment, Plaintiff's Title VII claims will be **DISMISSED without prejudice** for failure to exhaust administrative remedies, and his slander claim will be **DISMISSED with prejudice** as time-barred.

**SIGNED** this 22nd day of August, 2023.

_____
**UNITED STATES DISTRICT JUDGE**